**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David Patton
*Executive Director and*
*Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

August 8, 2021

**By ECF and Electronic Mail**
The Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Andre Fonseca*, 20- CR-453 (FB)

Dear Judge Block:

On February 11, 2021, the Honorable Lois Bloom released Mr. Fonseca to home incarceration on a $125,000 unsecured bond signed by Mr. Fonseca's mother, father, and uncle. Since his release, Mr. Fonseca has not had a single bail violation. Currently, he resides with his partner and four children in Brooklyn, New York.

Mr. Fonseca now seeks two temporary bond modifications to attend the funeral service and burial for his late cousin. Pretrial Services consents to Mr. Fonsenca attending funeral services on August 9, 2021 from 4pm-8pm at the Gurino Funeral Home of Canarsie. Pretrial also consents to Mr. Fonseca attending the burial at Canarsie Cemetery from 11:30am-12:30pm. The requests exclude travel time. The government defers to Pretrial Services.

Thank you for your time and consideration.

Respectfully Submitted,
/s/
Ashley M. Burrell, Esq.

cc:   Assistant U.S. Attorney Sara Winik

1

United States Pretrial Officer Ramel Moore